GREGORY P. WONG (SBN: 204502)
ADEPT EMPLOYMENT LAW, APC
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90012
Telephone: (213) 505-6283
Facsimile: (213) 947-4584
Email: greg.wong@adeptemploymentlaw.com

Attorneys for Plaintiffs and Counterclaim Defendants Donald Slaughter, Sr. and SF Trust LLC

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DONALD SLAUGHTER, Sr., an Individual; SF TRUST, LLC, a Florida Limited Liability Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>Penthouse Global Media, Inc., a Delaware Corporation; Kelly Holland, an Individual.<br><br>Defendants<br><br>Penthouse Global Media, Inc., a Delaware Corporation; Kelly Holland, an Individual.<br><br>Counter-Claimants<br><br>vs.<br><br>DONALD SLAUGHTER, Sr., an Individual; SF TRUST, LLC, a Florida Limited Liability Corporation;<br><br>Counterclaim Defendants | **CASE NO.: CV 17-08105-ODW (KSx)**<br><br><br><br><br><br><br>**RESPONSE TO ORDER TO SHOW CAUSE AND FURTHER JOINT STATUS REPORT** |

1
2  Allan B. Gelbard, Esq.
   The Law Offices of Allan B. Gelbard
3  15760 Ventura Boulevard, Suite 801
   Encino, CA 91436
4  Tel: (818)386-9200
   Email:  XXXEsq@aol.com
5  CA Bar# 184971

6  Attorney for Defendant and Counterclaimant
   Penthouse Global Media, Inc.
7
   Kevin Behrendt (SBN: 211879)
8  Kevin@DermerBehrendt.com
   Jeffrey Dermer (SBN: 229903)
9  Jeff@DermerBehrendt.com
   DERMER BEHRENDT
10 13101 Washington Blvd., Ste 407
   Los Angeles, CA 90066
11 Telephone:   (310) 279-4151
   Facsimile:   (310) 954-9206
12
   Attorneys for Defendant Kelly Holland
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's Order of July 13, 2018, Plaintiffs Donald Slaughter, Sr. (hereinafter "Slaughter" or "Plaintiff Slaughter") and SF Trust, LLC (hereinafter "SF Trust" or "Plaintiff SF Trust" and, together with Slaughter referred to as "Plaintiffs"), Defendant and Counter-Claimant Penthouse Global Media, Inc. ("Penthouse" or "Defendant Penthouse") and Defendant Kelly Holland ("Holland" or "Defendant Holland") hereby submit the following Response to the Court's Order to Show Cause re failure to comply with the Court's March 2, 2018 order requiring joint status reports to be filed every 60 days and their Joint Report regarding the status of the Chapter 11 Bankruptcy proceedings initiated by Defendant Penthouse on January 11, 2018 (the "Bankruptcy Proceedings").

## I.  Response to Order to Show Cause

Counsel for Plaintiffs takes responsibility for not initiating discussions with Counsel for Defendants and preparing the initial draft of the Joint Report in a timely fashion.  Plaintiffs very recently retained bankruptcy counsel and the status report process was delayed as Plaintiffs' counsel in this action was in the process of communicating and coordinating with bankruptcy counsel.  Plaintiffs' counsel apologizes to the Court and Defendants and will ensure that there will be no further delays or failure to provide status updates.

## II.  Bankruptcy Status Report

The Bankruptcy Proceedings remain pending in the United States Bankruptcy Court for the Central District of California (Case No. 1:18-bk-10098-MB). Plaintiff Slaughter and Plaintiff SF Trust both filed claims in the Bankruptcy Proceedings on July 3, 2018.  The Parties jointly propose that they report back to the court in sixty (60) days.  In the interim, the parties propose that the automatic stay remain in place and that the Court either postpone setting the Scheduling Conference until after the parties submit their further joint report or set the Scheduling Conference a minimum of ninety (90) days out from the date of this Joint Report.

DATED: July 18, 2018

Respectfully Submitted,
Adept Employment Law, APC

*/s/ Gregory P. Wong*

_____
Gregory P. Wong
Attorneys for Plaintiffs Slaughter and SF Trust, LLC

DATED: July 18, 2018

Respectfully Submitted,
The Law Office of Allan B. Gelbard

*/s/ Allan B. Gelbard*

_____
Allan B. Gelbard
Attorneys for Defendant and Counterclaimant Penthouse Global Media, Inc.

DATED: July 18, 2018

Respectfully Submitted,
Dermer Behrendt

*/s/ Jeffrey Dermer*

_____
Jeffrey Dermer
Attorneys for Defendant Kelly Holland